FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 MAR -8 PM 4: 39

CLERK _____
DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DEWEL HAMMITT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-64 |
| | * | |
| v. | * | |
| | * | |
| CHIEF/WARDEN RICKY STONE; and | * | |
| UNIT MANAGER SIZEMORE, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 33. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss for Failure to Prosecute, **DENIES as moot** Defendants' Motion for Summary Judgment, and **DISMISSES without prejudice** Plaintiff's Complaint. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

AO 72A
(Rev. 8/82)

The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 8 day of March, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)